ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Joanna H. Schorr** Direct Dial: **+1 212 210 9421** Email: **joanna.schorr@alston.com**

October 29, 2024

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Palma v. Formula One Digital Media Limited*, Case No. 1:24-cv-05283-OEM-PK

Dear Judge Kuo:

We respectfully write on behalf of Defendant Formula One Digital Media Limited ("Formula 1") to update the Court further to Formula 1's letter request for an adjournment, dated October 25, 2024 (ECF No. 15), and following Plaintiff Esteban Palma's ("Plaintiff") letter filed earlier this evening (ECF No. 16) given the recent developments following our initial letter.

As Plaintiff advised the Court, the plaintiff in the *Gutierrez* Action[1] voluntarily dismissed his complaint in the Northern District of Illinois on the evening of Friday, October 25, 2024, and the case was formally dismissed without prejudice by the Court yesterday. Since learning of the dismissal, Formula 1 conferred with Plaintiff's counsel to understand whether they intended to amend their complaint, as they had advised they intended to do in an email dated October 14, 2024. Plaintiff's counsel advised this evening that they would not be amending their complaint at this time, although they may do so pending any motion to dismiss Formula 1 files. We likewise reached out to the *Gutierrez* plaintiff's counsel to try to understand whether the *Gutierrez* plaintiff intended to refile his claims in any jurisdiction, and, if so, where. Formula 1 was unable to reach the *Gutierrez* plaintiff's counsel, and Plaintiff's counsel did not provide any insight on this matter.

While Formula 1 maintains that the Initial Conference and related deadlines should be adjourned and discovery stayed pending resolution of any motion to dismiss, in light of the recent developments set forth herein, Formula 1 respectfully requests that the Court adjourn the Initial Conference for 30 days to allow the parties sufficient time to meet and confer regarding the impact of the dismissal of the *Gutierrez* Action, determine if that case will be refiled, and meet and confer regarding an appropriate discovery and case schedule in light of this new information.

---

[1] Defined terms not otherwise defined herein have the meaning ascribed to them in Formula 1's letter dated October 25, 2024 (ECF No. 15).

In addition, Formula 1 sent Plaintiff's counsel a letter addressing concerns regarding the completeness or accuracy of certain allegations in the operative Complaint, which if addressed, will impact the case schedule and scope. A brief adjournment avoids waste of judicial resources, ensures all parties can proceed expeditiously, and will not prejudice Plaintiff.

Furthermore, Formula 1 disputes the import of *Salazar v. National Basketball Association*, 2024 WL 4487971 (2d Cir. Oct. 15, 2024). There are factual and legal distinctions between the complaint in *Salazar* and Plaintiff's complaint here, which Formula 1 will necessarily address in its motion to dismiss, and upon which Formula 1 may very well prevail, thereby impacting the scope of this case.

We appreciate Your Honor's consideration of this matter and the unusual circumstances given these recent and significant developments and the resulting fluid situation, which an adjournment of the schedule conference should help clarify.

Respectfully submitted,

*/s/ Joanna H. Schorr*

Joanna H. Schorr

cc: All Counsel of Record